UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LEE A. PULLUM,<br><br>Debtor<br><br>LEANNA PULLUM,<br><br>Appellant,<br><br>v.<br><br>EAGLE VISTA EQUITIES, LLC,<br><br>Appellee. | Case No. 15-cv-05270-JSW<br><br>**ORDER REFERRING PARTIES TO STANDING ORDERS ON MOTIONS**<br><br>Re: Docket No. 4 |

On December 14, 2015, Appellee Eagle Vista Equities, LLC filed a motion to strike portions of appellant's statement of issues for appeal.  In its notice, Appellee refers to Northern District Civil Local Rule 7-4(b) and the page limitations set forth in that rule.

The Court HEREBY REFERS all parties to its Civil Standing Order ¶ 7, which states that motions, other than motions for summary judgment and claim constructions briefs, may not exceed 15 pages.  The Court admonishes all parties to become familiar with the remainder of this Court's Civil Standing Orders.

**IT IS SO ORDERED.**

Dated: December 15, 2015

_____
JEFFREY S. WHITE
United States District Judge