UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LEE A. PULLUM,<br><br>Debtor.<br><br>———————————————<br>LEANNA PULLUM,<br><br>Appellant,<br><br>v.<br><br>EAGLE VISTA EQUITIES, LLC.,<br><br>Appellee. | Case No. 15-cv-05270-JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING**<br><br>Re: Docket No. 4 |

On December 14, 2015, Appellee, Eagle Vista Equities, LLC, filed a motion to strike portions of Appellant's statement of issues for appeal, which is noticed for a hearing on January 22, 2016. Under Northern District Civil Local Rule 7-3(a), Appellant's opposition was due on December 28, 2015. Appellant has not filed an opposition to the motion.

Accordingly, the Court VACATES the hearing scheduled for January 22, 2016.

Appellant is HEREBY ORDERED TO SHOW CAUSE why the Court should not grant Appellee's motion as unopposed. If Appellant seeks to file a belated opposition to the motion, her response to this Order to Show Cause must attach a proposed opposition and demonstrate good cause for her failure to comply with the Court's deadlines. Appellant's response shall be due by no later than January 22, 2016.

1 | If Appellant seeks to file a belated opposition brief, and if the Court determines that Appellant has shown good cause for the failure to file a timely opposition, it shall set a deadline for Appellee to file a reply.  The Court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: January 4, 2016

_____
JEFFREY S. WHITE
United States District Judge