UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LEE A. PULLUM,<br><br>　　　　　Debtor.<br><br>─────────────────────<br><br>LEANNA PULLUM,<br><br>　　　　　Appellant,<br><br>v.<br><br>EAGLE VISTA EQUITIES, LLC.,<br><br>　　　　　Appellee. | Case No. 15-cv-05270-JSW<br><br>**ORDER PERMITTING LATE OPPOSITION BRIEF; SETTING DEADLINE TO FILE REPLY BRIEF; AND STAYING BRIEFING ON MERITS PENDING RULING ON MOTION**<br><br>Re: Docket No. 4 |

On December 14, 2015, Appellee, Eagle Vista Equities, LLC, filed a motion to strike portions of Appellant's statement of issues for appeal. Appellant failed to file a timely opposition brief, and the Court issued an Order to Show Cause directing Appellant to show cause why the motion should not be granted as unopposed. Appellant filed a timely response to the Order to Show Cause and has submitted a proposed opposition brief to the motion.

The Court has considered Appellant's response to the Order to Show Cause, and is shall allow Appellant to file an untimely opposition to the motion to strike.[1] The proposed opposition,

---

[1] The Court notes that much of Appellant's response is directed to the merits of the appeal, rather than the reasons why Appellant was not able to file a timely response to the motion. The Court has not considered the former arguments to reach a decision on this Order.

1. filed at Docket No. 15, ECF pages 7-11 shall be deemed filed.  Appellees shall file a reply by no later than February 8, 2016.  Upon filing of the reply, the matter will be deemed submitted, and the Court shall resolve the motion on the papers.

    On January 20, 2016, Appellant filed her opening brief, which includes arguments relating to portions of the record that Appellees have moved to strike.  The Court HEREBY STAYS briefing on the merits until it has resolved the motion to strike.  The Court shall re-set the briefing schedule in its Order resolving the motion to strike.

    **IT IS SO ORDERED.**

Dated: January 25, 2016

_____
JEFFREY S. WHITE
United States District Judge